UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ANTHONY L. COOPER,

    Plaintiff,

v.                                  CASE NO. 6:06-cv-647-Orl-19DAB

PRISON SECURITY, et al.,

    Defendants.

## ORDER

This case is before the Court on the following motion:

**MOTION**:    Plaintiff's Motion to Request and Transfer Pleadings (Doc. No. 6, filed May 26, 2006).

Thereon it is **ORDERED** that the motion is **DENIED as moot**. This case was dismissed on May 18, 2006 (Doc. No. 4).

**DONE AND ORDERED** at Orlando, Florida this 31st day of May, 2006.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies to:
sa 5/30
Anthony L. Cooper
Counsel of Record